IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMILY SMITH,

    Plaintiff,

  v.

LUX RETAIL NORTH AMERICA, INC., et al.,

    Defendants.

No. C 13-01579 WHA

**ORDER DENYING MOTION TO DISMISS**

Defendant filed a motion to dismiss (Dkt. No. 11). In response, plaintiff filed an amended complaint. Accordingly, defendant's motion to dismiss is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: April 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE